# IN THE UNITED STATES DISTRICT COURT
**FOR THE** DISTRICT OF MASSACHUSETTS
WESTERN SECTION
HABEAS CORPUS MOTION UNDER 28 USC 2255( f )( 3 ).
(eff. 12/1/04)

UNITED STATES OF AMERICA
        Respondent,
vs.

Criminal Indictment No.: 03-30038-MAP
Civil Action

JOHN GRIFFIN,   Petitioner/Movant

_____

(Full name of Movant)          (Include name under which you were convicted)

(If a movant has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment)

JOHN GRIFFIN
NAME
#90768-038
PRISON NUMBER
USP CANAAN P.O.BOX 300 WAYMART, PA 18472.
Place of Confinement

## MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

### INSTRUCTIONS–READ CAREFULLY

    1. You must include all potential claims and supporting facts for which you might desire to seek review because a second or successive habeas corpus motion cannot be filed except under very specific and rare circumstances requiring certification by the Third Circuit Court of Appeals as set forth in instruction #10.

    2. Your habeas corpus motion must be filed within the 1-year Statute of limitations time limit set forth below in instruction #8. (There are limited circumstances in which the motion may be amended, within the one-year time period, to add additional claims or facts, see Federal Rule Civil Procedure 15; or amended after the one-year period expires, in order to clarify or amplify claims which were timely presented, See *United States v. Thomas*, 221 F. 3d 430 (3d Cir. 2000).

    3. Any willfully false statement of a material fact in your habeas corpus motion, in a motion to proceed in forma pauperis, or in any other motion you file in this case may serve as the basis for dismissal of your habeas corpus motion and prosecution for perjury or making false statements.

    4. This habeas corpus motion must be typewritten, printed or legibly handwritten and **signed by you as the movant on Page 8.** You should answer all questions concisely in the proper space of the habeas corpus motion. If you or by your counsel or representative need more room to answer any question, you may write on the reverse blank sides of the habeas corpus motion.

    5. You may not attach additional pages to the habeas corpus motion. You do not have to list or cite the cases or law that you are relying on. If you do want to cite the cases and law you are relying on and make legal arguments, you should do so in a separate concise brief or memorandum which should be filed along with the habeas corpus motion.

-1-

Handwritten margin note: DENIED. Alleyne does not apply in these circumstances and was in any event, not retroactive. The motion is DENIED, and the petition is dismissed. This case may now be closed. So ordered. Michael A. Ponsor, USDJ 5-23-14